Anni L. Foster (#023643)
General Counsel
Office of Arizona Governor Douglas A. Ducey
1700 West Washington Street
Phoenix, Arizona 85007
Telephone: 602-542-4331
E-Mail: afoster@az.gov

Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Derek C. Flint (#034392)
Ian R. Joyce (#035806)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: bwjohnson@swlaw.com
         cahler@swlaw.com
         dflint@swlaw.com
         ijoyce@swlaw.com

*Attorneys for Plaintiff Douglas A. Ducey,*
*Governor of the State of Arizona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas A. Ducey, Governor of the State of Arizona, in his official capacity,<br><br>Plaintiff,<br><br>v.<br><br>Janet Yellen, Secretary of the Treasury, in her official capacity; Richard K. Delmar, Acting Inspector General of the Department of Treasury, in his official capacity; and U.S. Department of the Treasury,<br><br>Defendants. | No. 2:22-cv-00112-SPL<br><br>**NOTICE OF APPEAL** |

Pursuant to Federal Rules of Appellate Procedure 3(a) and 4(a), Plaintiff Douglas A. Ducey, Governor of the State of Arizona, through his counsel of record, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order granting Defendants' Motion to Dismiss, [Doc. 24] and the Judgment of Dismissal in a Civil Case, [Doc. 25], which were both signed and entered on July 19, 2022.

The Representation Statement required by Federal Rule of Appellate Procedure 12 and Ninth Circuit Rule 3-2 is attached to this Notice as **Exhibit A**.

DATED this 22nd day of July, 2022.

GENERAL COUNSEL

By: /s/ Anni L. Foster
Anni L. Foster
Office of Governor Douglas A. Ducey
1700 West Washington Street
Phoenix, Arizona 85007

SNELL & WILMER L.L.P.

By: /s/ Brett W. Johnson
Brett W. Johnson
Colin P. Ahler
Derek C. Flint
Ian R. Joyce
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

## **CERTIFICATE OF SERVICE**

I certify that, on July 22, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, which automatically sends a Notice of Electronic Filing to all counsel of record.

s/ Justin Barganski